# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED
JUN 5 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br>**O'SIRUS LANDRES CHARLES FORD**<br>*Defendant(s)* | Case No. 4:23 mj 50 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 9, 2023  in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 1951 | Interference with Commerce by Robbery |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

*[signature]*

Julie D. Podlesni
Assistant United States Attorney

*[signature]*
*Complainant's signature*

Stefan Hinds, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  June  5 , 2023

*[signature]*
*Judge's signature*

City and state:  Norfolk, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*