AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL

| | |
|---|---|
| United States of America<br>v.<br><br>JAYDEN STUKES<br><br>*Defendant* | )<br>)<br>)<br>)  Case No. 4:23CR51<br>)<br>)<br>) |

RECEIVED UNITED STATES MARSHAL
2023 AUG 15 P 3:13
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States District Court<br>Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, Virginia 23510 | Courtroom No.: | Magistrate Courtroom #2 |
|---|---|---|---|
| | | Date and Time: | 08/25/2023 9:00 am |

This offense is briefly described as follows:

T.18:1951(a) and 2 - Conspiracy to Interfere with Commerce by Robbery (Count One, et al.)

Date: 08/15/2023

*Issuing officer's signature*

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 08/16/23

*Server's signature*

J Reiter DUSM
*Printed name and title*

Note: Mr. Christopher Dunn who represents Mr. Jayden Stukes accepted service on his behalf on 8/15/23.



**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2023-CR-00051-1 | Cost Worksheet**
Printed on: 08/16/2023

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** <br> CR - Criminal | **Origin District** <br> E/VA - NORFOLK | **Serving District** <br> E/VA - NORFOLK | **Case Caption** <br> United States of America v. Jayden Stukes |
| **Civil/Criminal** <br> Criminal | **Attribute** <br> Government | **Process Type** <br> Summons | **Party to be Served** <br> Jayden Stukes |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 08/15/2023 09:22 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/16/2023 13:56 EDT | Served | | $0.00 | $0.00 |
| | Personnel Charges | $0.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$0.00** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | $0.00 |
| **Remaining Process to Serve:** | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its contents may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY