AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.

DA'TWAN K. WATSON

*Defendant*

Case No. 4:23CR51

FID# 11584753
USPSI

RECEIVED UNITED STATES MARSHAL
2023 AUG 16 A 8: 44
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Da'Twan K. Watson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:1951(a) and 2 - Conspiracy to Interfere with Commerce by Robbery (Count One, et al.)

Date: 08/15/2023

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/16/23, and the person was arrested on *(date)* 9/22/23
at *(city and state)* VIRGINIA BEACH, VA.

Date: 9/25/23

*Arresting officer's signature*

DUSM TAVAREZ FOR USPI HINDS
*Printed name and title*